Ethel Levy, appellant, v. A. E. Pohl, appellee. Gen. No. 31,055. Suit to recover unpaid rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon R. R. Fowler, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Nathan Shefner, for appellant. James H. McFarland, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Thomas F. Cronin, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 31,064. Petition that respondents be ruled in contempt of certiorari order expunging policeman's dismissal. Order committing respondents. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed December 21, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. Morris K. Levinson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Thomas F. Cronin, appellee, v. The Civil Service Commissioners of the City of Chicago et al., appellants. Gen. No. 31,065. Certiorari to review proceedings of civil service commissioners discharging petitioner from police force. Record quashed. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed December 21, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. David T. Alexander, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Joseph Gaudietz, appellee, v. Ignatius J. Bulger, appellant. Gen. No. 31,074. Action for balance due on building contract. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Castle, Williams, Long & Castle, for appellant. John A. Blake, for appellee.

Mr. Justice Fitch delivered the opinion of the court.